Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Jay Johnson (*Admitted Pro Hac Vice*)
jay@kjpllc.com
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
Telephone: (214) 451-0164

Counsel for Plaintiff
Mentone Solutions LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MENTONE SOLUTIONS LLC, | Case No. 4:18-CV-07749-HSG |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ASUS COMPUTER INTERNATIONAL, | Judge Haywood S. Gilliam, Jr. |
| Defendant. | |

On this date, the Court considered the parties' Stipulation to Extend Time to File A Response.

Having considered the stipulation, the Court finds that it should be, and is hereby, GRANTED

Therefore, IT IS ORDERED that Plaintiff's time to respond to Defendant's Motion To Dismiss is hereby extended 30 days up to and including May 30, 2019.

//

SO ORDERED.

Dated: 4/25/2019

*Haywood S. Gilliam, Jr.*
UNITED STATES DISTRICT COURT JUDGE HAYWOOD S. GILLIAM, Jr.