# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **Mentone Solutions LLC,** | Case No. 4:18-cv-07749 HSG |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME |
| v. | |
| **ASUS Computer International, Inc.,** | |
| Defendant. | Jury Trial Demanded |

The Stipulation requesting Plaintiff's time to file its response to Defendant's Motion to Dismiss be extended 30 days up to and including July 3, 201, and Defendant's time to file its reply brief be extended to July 24, 2019 is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/3/2019

_____
United States District Court Judge