# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Mentone Solutions LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ASUS Computer International, Inc.,**<br><br>    Defendant. | Case No. 4:18-cv-07749<br><br>Patent Case<br><br>Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mentone Solutions LLC hereby dismisses this action **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: June 17, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Steven A. Nielsen
　　　　　　　　　　　　　　　Steven A. Nielsen
　　　　　　　　　　　　　　　NIELSEN PATENTS
　　　　　　　　　　　　　　　100 Larkspur Landing Circle, Suite 216
　　　　　　　　　　　　　　　Larkspur, CA 94939
　　　　　　　　　　　　　　　415-272-8210
　　　　　　　　　　　　　　　Steve@NielsenPatents.com

　　　　　　　　　　　　　　　Isaac Rabicoff
　　　　　　　　　　　　　　　(*Pro Hac Vice admission pending*)
　　　　　　　　　　　　　　　**Rabicoff Law LLC**
　　　　　　　　　　　　　　　73 W Monroe St
　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　(773) 669-4590
　　　　　　　　　　　　　　　isaac@rabilaw.com

　　　　　　　　　　　　　　　**Counsel for Plaintiff**

**Mentone Solutions LLC**

DANIEL S. LEVENTHAL
**NORTON ROSE FULBRIGHT US LLP**

By  /s/ Daniel S. Leventhal
    Daniel S. Leventhal (*Pro Hac Vice*)
    daniel.leventhal@nortonrosefulbright.com
    1301 McKinney, Suite 5100
    Houston, Texas 77010
    Telephone: (713) 651-8360

    David Ben-Meir (SBN 192028)
    david.ben-meir@nortonrosefulbright.com
    555 South Flower Street, Forty-First Floor
    Los Angeles, California 90071
    Telephone: (213) 892-9200

    Brett C. Govett (*Pro Hac Vice*)
    brett.govett@nortonrosefulbright.com
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201
    Telephone: (214) 855-8118

Attorneys for Defendant
**ASUS Computer International**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 17, 2019, via the Court's CM/ECF system.

/s/ Steven A. Nielsen
Steven A. Nielsen

SO ORDERED this   18th  day of                June, 2019    .

_____
UNITED STATES DISTRICT JUDGE